# United States District Court
# For The Western District of North Carolina
# Statesville Division

CARMEN M. RIEPE,

    Plaintiff(s),

vs.

SASTEDT, INC. AND
PETER RUMSWINKEL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV104

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2011, Order.

    Signed: March 1, 2011

_____
Frank G. Johns, Clerk
United States District Court